| | |
|---|---|
| STANLEY F. HORAK | Judge: Hon. Brian D. Lynch |
| ATTORNEY FOR DEBTORS | Chapter: 13 |
| 1104 MAIN STREET, SUITE 300 | Hearing location: Vancouver |
| VANCOUVER, WA 98660 | Hearing date: 3/1/2011 |
| PHONE 360/695-1497 FAX 360/699-1351 | Hearing time: 1:00 PM |
| E-mail: Stanley.Horak@gmail.com | Response date: 2/22/2011 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re ) Case No. 09-41659-BDL
)
George Hughes and )
Jamie M Hughes, ) **ORDER ON DEBTORS' MOTION TO**
) **ABANDON REAL PROPERTY**
        Debtors. )

    THIS MATTER having come before the Court on the Debtors' Motion to Abandon Real Property, all parties in interest in these proceedings having been given proper notice, no party in interest having filed a timely and/or proper objection, or all such objections having been resolved, and the Court having reviewed the records and files herein, for good cause shown,

    IT IS HEREBY ORDERED that, pursuant to 11 U.S.C. § 554, the real property located at 3101 NE 118th Way, Vancouver, WA, is abandoned by the bankruptcy estate so that the debtors may pursue a short sale.

*[Signature: Brian D. Lynch]*

Brian D. Lynch
United States Bankruptcy Judge JRT JUDGE
(Dates as of Entered on Docket date above)

Presented by:

/s/ Stanley F. Horak
STANLEY F. HORAK, WSBA #7657
Attorney for debtors

**ORDER ON MOTION TO**
**ABANDON REAL PROPERTY - 1**

STANLEY F. HORAK LAW OFFICE
1104 Main St Ste 300, Vancouver, WA 98660
Phone: 360-695-1497  Fax: 360-699-1351
E-mail: Stanley.F.Horak@Gmail.com

Case 09-41659-BDL    Doc 51    Filed 02/23/11    Entered 02/23/11 12:37:15    Page 1 of 1